817 A.2d 450

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Ronald L. LAZARO, Respondent.**

Supreme Court of Pennsylvania.

March 3, 2003.

As Amended March 5, 2003.

## ORDER

PER CURIAM:

**AND NOW,** this 3rd day of March, 2003, the Petition for Allowance of Appeal filed by the Commonwealth of Pennsylvania is hereby GRANTED and the Order of the Superior Court is REVERSED. The Cross Petition for Allowance of Appeal filed by Ronald L. Lazaro is hereby DENIED.

Mr. Justice William H. Lamb did not participate in the consideration or decision of this matter.